THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID BRUCE ALLEN,<br><br>  Defendant. | CASE NO. CR20-0161-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the pretrial motions deadline (Dkt. No. 22). The motion is GRANTED. Pretrial motions, if any, must be filed in this case no later than June 18, 2021.

DATED this 14th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk