THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID BRUCE ALLEN,<br><br>        Defendant. | CASE NO. CR20-0161-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion (Dkt. No. 46) for a final order of forfeiture for the following property:

    1.    One silver MacBook a1425, serial number c02kh5e8ffrp.

The Court, having reviewed the Government's motion, the supporting documents, and the other pleadings and papers on file, hereby FINDS that entry of a final order of forfeiture is appropriate because:

- In the Plea Agreement that Defendant entered on July 15, 2021 (Dkt. No. 28), he agreed to forfeit his interest in the above-identified property because it was used to commit or to promote his commission of his *Possession of Child Pornography*, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), to which he entered a guilty plea (Dkt. Nos. 26, 29, 30);

- On September 24, 2021, the Court entered a Preliminary Order of Forfeiture, finding the property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant David Bruce Allen's interest in it (Dkt. No. 36.);
- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (*see* Dkt. No. 45), and provided direct notice to a potential claimant as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A), (*see* Dkt. No. 47); and
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED this 25th day of March 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE